Peter S. Sarelas, Plaintiff-Appellant, v. George W. Alexander, et al., Defendants-Appellees.

Gen. No. 48,684.

First District, First Division.

October 29, 1962.

Rehearing denied November 15, 1962.

Peter S. Sarelas, of Chicago, for plaintiff-appellant, pro se; John C. Gekas, pro se, Economos and Alexander (John C. Gekas, of counsel), for certain defendants; A. A. Pantelis and Andrew Cardaras, pro se and for certain defendants; George S. Porikos, pro se and as attorney for Themis Tsaoussis. Opinion by MR. PRESIDING JUSTICE BURMAN. Not to be published in full.